JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD VINCENT DAVIE, aka DAVIS,<br><br>Petitioner,<br><br>v.<br><br>SHERIFF ALEX VILLANUEVA,<br><br>Respondent. | Case No. CV 20-6580 SB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  November 28, 2020

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE